:/ljg/231001107/related litigation
8/11/03/DEP/fah

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 1 3 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| FRANK CARRALES and SANDRA CARRALES | § § § | |
| VS. | § § | CASE NUMBER B-03-144 |
| ALLSTATE TEXAS LLOYD'S INSURANCE, TONY SILVA and GARY SELIGMAN | § § § | JURY |

## NOTICE OF RELATED LITIGATION AND AFFECTED NON-PARTIES

TO THE HONORABLE JUDGE:

NOW COMES Defendant, ALLSTATE TEXAS LLOYD'S COMPANY, and files this, its Notice of Related Litigation and Affected Non-Parties in this litigation:

1. This case has been removed pursuant to 28 U.S.C. § 1446(a). Accordingly, Plaintiffs initiated this suit by filing Plaintiffs' Original Petition on January 22, 2003 in 197th District Court, Cameron County, Texas. Otherwise, there is no related current or recent litigation applicable to this suit.

2. Counsel for Defendant certifies that, at the time of the filing of this removal, they are not aware of any directly affected non-parties to this suit.

Respectfully submitted,

ADAMI, GOLDMAN & SHUFFIELD
Nowlin Building
9311 San Pedro, Suite 900
San Antonio, Texas 78216
Telephone: (210) 344-0500
Telecopier: (210) 344-7228

By: _____
LARRY J. GOLDMAN
"Attorney in Charge"
Federal Bar No. 341
State Bar No. 08093450
DOUGLAS E. PENNEBAKER
Federal Bar No. 23238
State Bar No. 00788178

ATTORNEY FOR DEFENDANTS
ALLSTATE TEXAS LLOYD'S

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing has been forwarded to the following counsel of record in compliance with the Federal Rules of Civil Procedure on this ___ day of August, 2003:

Mr. Benigno (Trey) Martinez
MARTINEZ, BARRERA Y MARTINEZ, L.L.P.
1201 E. Van Buren
Brownsville, Texas 78520

Mr. Gilbert M. Piette
PEREZ & ASSOCIATES
436 Paredes Line Road
Brownsville, Texas 78523-3490

_____
LARRY J. GOLDMAN
DOUGLAS E. PENNEBAKER