h:/ljg/231001107/designate.mtn
8/11/03/DEP/fah

United States District Court
Southern District of Texas
FILED

AUG 1 3 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FRANK CARRALES and SANDRA CARRALES | § § § § § § § | B-03-144 |
| VS. | | CASE NUMBER _____ |
| | | JURY |
| ALLSTATE TEXAS LLOYD'S INSURANCE, TONY SILVA and GARY SELIGMAN | | |

### DESIGNATION OF LARRY J. GOLDMAN AS ATTORNEY IN CHARGE

TO THE HONORABLE JUDGE OF SAID COURT:

1. Defendant, ALLSTATE TEXAS LLOYD'S COMPANY, designates Larry J. Goldman as attorney in charge, pursuant to Federal Rules of Civil Procedure.

2. Larry J. Goldman will be responsible for the suit and shall be the attorney to receive all communications from the Court and from other parties.

3. Notice of this designation has been provided to all other parties, according to Federal Rule of Civil Procedure 5(d).

Respectfully submitted,

ADAMI, GOLDMAN & SHUFFIELD
Nowlin Building
9311 San Pedro, Suite 900
San Antonio, Texas 78216
Telephone: (210) 344-0500
Telecopier: (210) 344-7228

By: _____
LARRY J. GOLDMAN
"Attorney in Charge"
Federal Bar No. 341
State Bar No. 08093450
DOUGLAS E. PENNEBAKER

Federal Bar No. 23238
State Bar No. 00788178

ATTORNEY FOR DEFENDANTS
ALLSTATE TEXAS LLOYD'S

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing has been forwarded to the following counsel of record in compliance with the Federal Rules of Civil Procedure on this 12 day of August, 2003:

Mr. Benigno (Trey) Martinez
MARTINEZ, BARRERA Y MARTINEZ, L.L.P.
1201 E. Van Buren
Brownsville, Texas 78520

Mr. Gilbert M. Piette
PEREZ & ASSOCIATES
436 Paredes Line Road
Brownsville, Texas 78523-3490

LARRY J. GOLDMAN
DOUGLAS E. PENNEBAKER

2