h:/ljg/231001107/entities.not
8/11/03/DEP/fah

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
AUG 1 3 2003
Michael N. Milby
Clerk of Court

FRANK CARRALES and SANDRA §
CARRALES §
§
VS. § CASE NUMBER B-03-144
§ JURY
ALLSTATE TEXAS LLOYD'S INSURANCE, §
TONY SILVA and GARY SELIGMAN §

## NOTICE OF ENTITIES WITH A FINANCIAL INTEREST IN THIS LITIGATION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Defendant, ALLSTATE TEXAS LLOYD'S COMPANY, and files this, its list of entities that are financially interested in this litigation:

1. Plaintiffs:
   Frank Carrales and Sandra Carrales

2. Attorneys:
   Mr. Benigno (Trey) Martinez
   MARTINEZ, BARRERA Y MARTINEZ, L.L.P.
   1201 E. Van Buren
   Brownsville, Texas 78520

   Mr. Gilbert M. Piette
   PEREZ & ASSOCIATES
   436 Paredes Line Road
   Brownsville, Texas 78523-3490

3. Defendants:
   Allstate Texas Lloyd's Company
   Tony Silva and Gary Seligman

4.  Attorneys:
    Larry J. Goldman
    Douglas E. Pennebaker
    Adami Goldman & Shuffield
    The Nowlin Building
    9311 San Pedro, Suite 900
    San Antonio, Texas 78216

                        Respectfully submitted,

                        ADAMI, GOLDMAN & SHUFFIELD
                        Nowlin Building
                        9311 San Pedro, Suite 900
                        San Antonio, Texas 78216
                        Telephone: (210) 344-0500
                        Telecopier: (210) 344-7228

                        By: _____
                            LARRY J. GOLDMAN
                            "Attorney in Charge"
                            Federal Bar No. 341
                            State Bar No. 08093450
                            DOUGLAS E. PENNEBAKER
                            Federal Bar No. 23238
                            State Bar No. 00788178

                        ATTORNEY FOR DEFENDANTS
                        ALLSTATE TEXAS LLOYD'S


## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the above and foregoing has been forwarded to the following counsel of record in compliance with the Federal Rules of Civil Procedure on this 12 day of August, 2003:

Mr. Benigno (Trey) Martinez
MARTINEZ, BARRERA Y MARTINEZ, L.L.P.
1201 E. Van Buren
Brownsville, Texas 78520

Mr. Gilbert M. Piette
PEREZ & ASSOCIATES
436 Paredes Line Road
Brownsville, Texas 78523-3490

 

LARRY J. GOLDMAN
DOUGLAS E. PENNEBAKER