h:/ljg/231001107/proof.svc
8/6/03/DEP/fah

United States District Court
Southern District of Texas
FILED

AUG 1 3 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

FRANK CARRALES and SANDRA          §
CARRALES                           §
                                   §        **B-03-144**
VS.                                §
                                   §    CASE NUMBER _____
                                   §        JURY
ALLSTATE TEXAS LLOYD'S INSURANCE,  §
TONY SILVA and GARY SELIGMAN       §

### CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT

DOUGLAS E. PENNEBAKER certifies and declares as follows:

"I am over the age of eighteen years and not a party to this action.

"My business address is 9311 San Pedro, Suite 900, San Antonio, Texas 78216, which is located in the city, county and state where the mailing described below took place.

"On August 12, 2003, I deposited in the Federal Express overnight drop box at The Nowlin Building, a copy of the Notice to Adverse Party of Removal to Federal Court dated August 12, 2003, a copy of which is attached to this Certificate.

"I declare under penalty of perjury, that the foregoing is true and correct."

Executed on August 12, 2003.

Respectfully submitted,

ADAMI, GOLDMAN & SHUFFIELD
Nowlin Building
9311 San Pedro, Suite 900
San Antonio, Texas  78216
Telephone:  (210) 344-0500
Telecopier: (210) 344-7228

By:_____
        LARRY J. GOLDMAN
        "Attorney in Charge"
        Federal Bar No. 341
        State Bar No.  08093450
        DOUGLAS E. PENNEBAKER
        Federal Bar No. 23238
        State Bar No. 00788178

ATTORNEY FOR DEFENDANTS
ALLSTATE TEXAS LLOYD'S

**CERTIFICATE OF SERVICE**

        This is to certify that a true and correct copy of the above and foregoing has been forwarded to the following counsel of record in compliance with the Federal Rules of Civil Procedure on this _____ day of August, 2003:

Mr. Benigno (Trey) Martinez
MARTINEZ, BARRERA Y MARTINEZ, L.L.P.
1201 E. Van Buren
Brownsville, Texas  78520

Mr. Gilbert M. Piette
PEREZ & ASSOCIATES
436 Paredes Line Road
Brownsville, Texas  78523-3490

_____
LARRY J. GOLDMAN
DOUGLAS E. PENNEBAKER

2