

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 0 3 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| FRANK CARRALES and | § | |
| SANDRA CARRALES | § | |
|    Plaintiffs, | § | |
| | § | |
| | § | |
| V. | § | No. B-03-144 |
| | § | |
| | § | |
| | § | |
| ALLSTATE TEXAS "LLOYDS" | § | |
| COMPANY, ET AL. | § | |
|    Defendants. | § | |

### PLAINTIFFS' LIST OF ALL FINANCIALLY INTERESTED ENTITIES

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION:

COMES NOW **FRANK AND SANDRA CARRALES**, Plaintiffs in the above entitled and numbered cause, and subject to and without waiving relief previously requested of this Honorable Court, file this the Plaintiffs' List Of All Financially Interested Entities.

They are as follows:

1. Frank and Sandra Carrales
2. Allstate Texas "Lloyds" Company
3. Tony Silva
4. Gary Seligman



Respectfully submitted,

**MARTINEZ, BARRERA Y MARTINEZ, L.L.P.**
1201 E. Van Buren
Brownsville, Texas 78520
Ph. (956) 546-7159
Fax (956) 544-0602

_____
Benigno (Trey) Martinez
State Bar No. 00797011
Federal Bar. No. 23945

**ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF CONFERENCE**

I, BENIGNO (TREY) MARTINEZ, hereby certify that I tried to reach Larry Goldman before Plaintiffs' List of All Financially Interested Entities. However, I was unable to reach him.

_____
Benigno (Trey) Martinez

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record, to wit:

Mr. Larry Goldman
**ADAMI, GOLDMAN & SHUFFIELD**
NOWLIN BUILDING
9311 San Pedro, Suite 900
San Antonio, Texas 78216

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission

pursuant to the Federal Rules of Civil Procedure, on this the 2nd day of September, 2003.

_____
Benigno (Trey) Martinez