h:/ljg/231001107/resp.mot.remand
09/09/03/LJG/CJS/lou

United States District Court
Southern District of Texas
FILED

SEP 2 4 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

FRANK CARRALES and SANDRA      §
CARRALES                       §
                               §
VS.                            §        CASE NUMBER B-03-144
                               §                JURY
ALLSTATE TEXAS LLOYD'S INSURANCE,§
TONY SILVA and GARY SELIGMAN   §

## NOTICE TO FILE AFFIDAVITS IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO REMAND, REQUEST FOR REIMBURSEMENT OF ATTORNEY'S FEES, COSTS, EXPENSES, AND SANCTIONS

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

DEFENDANTS, ALLSTATE TEXAS LLOYD'S INSURANCE, TONY SILVA, and

GARY SELIGMAN (collectively referred to herein as "Defendants"), file their Notice to File

Affidavits in Support of Defendants' Response to Plaintiffs' Motion to Remand, Request for

Reimbursement of Attorney's Fees, Costs, Expenses, and Sanctions, and in support thereof will

respectfully show this Court as follows:

## I.

1.      On August 20, 2003, Plaintiffs filed their Motion to Remand, Request for Reimbursement of

Attorney's Fees, Costs, Expenses, Sanctions, and Supporting Brief ("Plaintiffs' Motion to

Remand").

2.      On September 11, 2003, Defendants filed their Response to Plaintiffs' Motion to Remand,

Request for Reimbursement of Attorney's Fees, Costs, Expenses, and Sanctions ("Defendants'

Response"). At the time Defendants' Response was filed, the affidavits cited within the Response

as supporting evidence had not been returned. Specifically, the affidavit of Ingrid Bohlender (an Illinois resident) cited as Exhibit "A" in Defendants' Response and the affidavit of Gary Seligman (a Florida resident) cited as Exhibit "C" in Defendants' Response had not been returned. In order to prevent delay and to meet this Court's deadline, Defendants filed their Response without the supporting affidavits of Ingrid Bohlender (Exhibit "A") and Gary Seligman (Exhibit "C") and agreed to file the affidavits as soon as they were obtained.

3.      Attached to this Notice is the Affidavit of Ingrid Bohlender, to be attached as Exhibit "A" to Defendants' Response. Also attached to this Notice is the Affidavit of Gary Seligman, to be attached as Exhibit "C" to Defendants' Response.

## II.

4.      WHEREFORE, PREMISES CONSIDERED, DEFENDANTS, ALLSTATE TEXAS LLOYD'S INSURANCE, TONY SILVA, and GARY SELIGMAN, respectfully request that this Court allow Defendants to file the affidavits of Ingrid Bohlender and Gary Seligman to be included as evidence in support of Defendants' Response to Plaintiffs' Motion to Remand, Request for Reimbursement of Attorney's Fees, Costs, Expenses, and Sanctions, and include these Affidavits as Exhibits "A" and "C," respectively, and for any other such relief to which Defendants are entitled.

Respectfully submitted,

ADAMI, GOLDMAN & SHUFFIELD
Nowlin Building
9311 San Pedro, Suite 900
San Antonio, Texas  78216
Telephone:  (210) 344-0500
Telecopier: (210) 344-7228


By:_____
   LARRY J. GOLDMAN
   "Attorney in Charge"
   Federal Bar No. 341
   State Bar No. 08093450
   DOUGLAS E. PENNEBAKER
   State Bar No. 00788178
   Federal Bar No. 23238

ATTORNEYS FOR DEFENDANTS


## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing has been forwarded to the following counsel of record in compliance with the Federal Rules of Civil Procedure on this 22nd day of September, 2003:

Mr. Benigno (Trey) Martinez
MARTINEZ, BARRERA Y MARTINEZ, L.L.P.
1201 E. Van Buren
Brownsville, Texas  78520

Mr. Gilbert M. Piette
PEREZ & ASSOCIATES
436 Paredes Line Road
Brownsville, Texas  78523-3490


_____
LARRY J. GOLDMAN
DOUGLAS E. PENNEBAKER


3

# EXHIBIT "A"

h:/ljg/231001107/bohlender.aff
09/09/03/LJG/CJS/lou

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

FRANK CARRALES and SANDRA     §
CARRALES                       §
                               §
VS.                            §          CASE NUMBER B-03-144
                               §                    JURY
ALLSTATE TEXAS LLOYD'S INSURANCE,§
TONY SILVA and GARY SELIGMAN   §

## <u>AFFIDAVIT OF INGRID BOHLENDER</u>

STATE OF ILLINOIS       §
                        §
COUNTY OF COOK          §

BEFORE ME, the undersigned authority, on this day personally appeared **Ingrid Bohlender**, who upon oath did depose and say the following:

1.      "My name is Ingrid Bohlender.  I have never been convicted of a felony, I am competent to make this affidavit, and the statements contained herein are within my personal knowledge, and they are true and correct.

2.      "I am a Senior Legal Assistant for Allstate Insurance Company.  I am the person authorized to sign this document on behalf of Allstate Insurance Company as well as for the Defendant in the above-referenced cause, Allstate Texas Lloyd's Company.

3.      "Allstate Texas Lloyd's Company is an unincorporated association conducting business in Texas as a Lloyd's plan insurer.  Texas law requires a Lloyd's plan insurer to have a resident representative.  As a Lloyd's plan insurer, Allstate Texas Lloyd's Company is represented by its attorney-in-fact, Allstate Texas Lloyd's Incorporated which is a Texas corporation.  However, this representative is not a member of or an underwriter in Allstate Texas Lloyd's Company.

Page 1 of 3

4.      "As part of my ordinary job responsibilities, I have access to the business records of Allstate Texas Lloyd's Company. The records I have reviewed related to my affidavit testimony are all made and stored in the ordinary course of business of Allstate Texas Lloyd's Company. All of these records were recorded by a person with knowledge of the matters recorded, and they are made at or near the time of the events or matters described in the records. My review of the relevant business records of Allstate Texas Lloyd's Company reveals that all of the underwriters for Allstate Texas Lloyd's Company are citizens of the State of Illinois, and have been citizens of the State of Illinois continuously from January 25, 2002.

5.      "Before January 25, 2002, three of the underwriters for Allstate Texas Lloyd's Company were citizens of the State of Texas. On January 25, 2002, by unanimous consent of the unaffected underwriters of Allstate Texas Lloyd's Company, all three of the Texas resident underwriters were removed and replaced by three new underwriters, all of whom are citizens of the State of Illinois and each of whom has been a citizen of Illinois since at least before January 25, 2002. The removal and replacement of underwriters by the consent of the unaffected underwriters was done according to, and in compliance with, the organizing rules which then existed and which govern the conduct and activities of the underwriters for Allstate Texas Lloyd's Company."

Ingrid Bohlender
Senior Legal Assistant
Allstate Insurance Company

SUBSCRIBED AND SWORN TO before me, the undersigned authority, on this the $\underline{12^{TH}}$ day of September, 2003.

_Barbara G. Green_
Notary Public in and for the State of Illinois

My Commission Expires: $\underline{2-15-07}$

**"OFFICIAL SEAL"**
**BARBARA G. GREEN**
Notary Public, State of Illinois
My Commission Expires Feb. 15, 2007

Page 3 of 3

# EXHIBIT "C"

h:/ljg/231001107/seligman.aff
09/10/03/LJG/CJS/lou

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FRANK CARRALES and SANDRA | § | |
| CARRALES | § | |
| | § | |
| VS. | § | CASE NUMBER B-03-144 |
| | § | JURY |
| ALLSTATE TEXAS LLOYD'S INSURANCE, | § | |
| TONY SILVA and GARY SELIGMAN | § | |

## AFFIDAVIT OF GARY SELIGMAN

| | |
|---|---|
| STATE OF FLORIDA | § |
| | § |
| COUNTY OF _____ | § |

BEFORE ME, the undersigned authority, on this day personally appeared **Gary Seligman**, who upon oath did depose and say the following:

1.      "My name is Gary Seligman.  I have never been convicted of a felony, I am competent to make this affidavit, and the statements contained herein are within my personal knowledge, and they are true and correct.

2.      I am employed by Pilot and am a contract adjuster for Allstate Insurance Company. I am not a Texas resident and have been a resident of Florida since 1961.  My Florida driver's license number is S425-281-39-266-0, and my permanent residence is 6253 N.W. 62nd Terrace, Parkland, Florida  33067.

3.      "I was first assigned to handle this claim on  10 – 31 - 02   , and I was a Florida resident the entire time I handled this claim.

—

Gary Seligman

Allstate Insurance Company

SUBSCRIBED AND SWORN TO before me, the undersigned authority, on this the _____ 11ᵀᴴ day of September, 2003.

FL DLS425281 392660
exp 7/07

Notary Public in and for the State of Florida

My Commission Expires: _____ 8|7|07 _____

JENNIFER K BAZZELL
Notary Public - State of Florida
My Commission Expires Aug 7, 2007
Commission # DD 239652