15

## Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Nicolas  ■ Levesque |
| DATE | 12 — 15 — 03 |
| TIME | a.m. — a.m. <br> 1:35 p.m. — 1:47 p.m. |
| CIVIL ACTION | B — 03 — 144 |
| STYLE | FRANK CARRALES, ET AL. <br> *versus* <br> ALLSTATE TEXAS LLOYD INSURANCE, ET AL. |



United States District Court
Southern District of Texas
FILED

DEC 15 2003

Michael N. Milby, Clerk of Court

DOCKET ENTRY

(HGT) ■Initial Pre-Trial Hearing;          (Court Reporter: Heather Hall)

Attorney(s) for Plaintiff(s):                       Trey Martinez
Attorney(s) for Defendant(s):
Allstate Texas Lloyds Insurance,              Douglas E. Pennebaker
Tony Silva, and Gary Seligman

Comments:
**Pl's Motion to Remand (Pl's arguments): Martinez**
- Seligman is a local agent. 8 months after Pl filed suit in state court, defs tried to remove on diversity grounds - out of time.
- In deposition testimony, Pls did allege violations against the insurance agents, but Pls were not asked about the agency relationship between Silva and Seligman and Allstate or the agents' responsibility. Issue of trust and confidence and breach of duty was not asked specifically.
- Joint case management plan will be filed by the parties.
- Mediation is taking place on January 26, 2004 with Alfred Denham.

**Defs' Response: Pennebaker**
- No dispute that Seligman and Allstate are out of state. Only issue is whether Tony Silva has been fraudulently joined.
- Pls were specifically asked if they had any complaints against the agents and they answered they did not.
- Petition did not include any specific allegations of wrong doing against the agent specifically.

**Pls' Reply:**
- It is not disputed that Allstate is a citizen of IL
- Seligman is a citizen of TX (so this is disputed)
- Removal was not timely

**Judge Determined:**
Court will defer ruling on motion to remand until after mediation.