| UNITED STATES DISTRICT COURT | ★ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
ENTERED
DEC 3 0 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

FRANK CARRALES AND           §
SANDRA CARRALES

vs.                          §    Civil Action No. B-03-144

ALLSTATE TEXAS LLOYD'S INSURANCE, §
TONY SILVA AND GARY SELIGMAN

## SCHEDULING ORDER

1. Trial: Estimated time to try: __4-6__ days.                    ☐ Bench   ■ Jury

2. New parties must be joined by:                                  __N/A__
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:   __6/2/2004__

4. The defendant's experts must be named with a report furnished
   within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:                                  __8/2/2004__
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.
   No continuance will be granted because of information acquired in post-deadline discovery.*

***************************The Court will provide these dates***************************

6. Dispositive Motions will be filed by:                            __9/2/2004__

7. Joint pretrial order is due:                                     __11/17/2004__

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:  __12/2/2004__

9. Jury Selection is set for 9:00 a.m. on:                          __12/6/2004__
   *(The case will remain on standby until tried)*

Signed __December 29__, 2003, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge