UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

**ADR MEMORANDUM TO CLERK OF COURT**

(To be submitted in duplicate
if case settles before ADR *or* within
10 days after completion of ADR.)

United States District Court
Southern District of Texas
FILED

JAN 2 9 2004

Michael N. Milby
Clerk of Court

FRANK CARRALES AND SANDRA CARRALES
                              Plaintiff(s)

V.

ALLSTATE TEXAS LLOYDS COMPANY,
TONY SILVA AND GARY SELIGMAN
                              Defendant(s)

DIVISION   BROWNSVILLE
CIVIL ACTION NO. B-03-144

ADR METHOD:   Mediation    X      Arbitration   _____
              Mini-trial   _____  Summary Jury Trial  _____

TYPE OF CASE:   Mold Claim

1. Please check one of the following:
   The case referred to ADR settled  ✓  did not settle ___

2. My total fee and expenses were: $ 2,000.00.
   (If you had no fees and expenses, please indicate if the case settled before ADR, OR if the ADR proceeding was conducted on a no-fee basis pursuant to order of the Court or agreement of the parties.)

   _____
   _____

3. Please list names, addresses and telephone numbers of all parties and all counsel of record:

   Frank Carrales and Sandra Carrales, Plaintiffs
   Mr. Benigno "Trey" Martinez, Attorney
   MARTINEZ, BARRERA & MARTINEZ, L.L.P.
   1201 E. Van Buren
   Brownsville, Texas 78520
   (956) 546-7159 - telephone
   (956) 544-0602 - telefax

   Allstate Texas Lloyds, Defendants
   Mr. Larry J. Goldman, Attorney
   ADAMI, GOLDMAN & SHUFFIELD
   9311 San Pedro, Ste. 900
   San Antonio, Texas 78216
   (210) 344-0500 - telephone
   (210) 344-7228 - telefax

                                      ADR PROVIDER

Date: 01/29/04                        Name:     Alfred T. Denham
                                      Signature: [signature]

SDTX-ADR-5/(Rev 6-15-93)