h:/ljg/231001107/dismissal.stip
02/06/04/LJG/tsm

IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 0 5 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| FRANK CARRALES AND | § | |
| SANDRA CARRALES | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-144 |
| | § | |
| ALLSTATE TEXAS LLOYDS | § | |
| INSURANCE, TONY SILVA AND | § | |
| GARY SELIGMAN | § | |

### STIPULATION OF DISMISSAL

It is hereby stipulated by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

DATED: this 4th day of March, 2004.

_____
UNITED STATES DISTRICT JUDGE

**APPROVED AND AGREED:**

MARTINEZ, BARRERA Y MARTINEZ, L.L.P.
1201 E. Van Buren
Brownsville, Texas 78520
Telephone: (956) 546-7159
Telecopier: (956) 544-0602

By: _____
    Mr. Benigno (Trey) Martinez
    State Bar No. 00797011
    Federal Bar No. 23945

ATTORNEYS FOR PLAINTIFFS


ADAMI, GOLDMAN & SHUFFIELD
Nowlin Building
9311 San Pedro, Suite 900
San Antonio, Texas 78216
Telephone: (210) 344-0500
Telecopier: (210) 344-7228

By: _____
    LARRY J. GOLDMAN
    State Bar No. 08093450
    DOUGLAS E. PENNEBAKER
    State Bar No. 00788178
    Federal Bar No. 341

ATTORNEYS FOR DEFENDANTS